ORIGINAL

ECF

FILED
MAY 1 3 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Government Telecommunications, Inc.<br>4500 Southgate Place, Suite 300<br>Chantilly, Virginia 20151,<br><br>Plaintiff,<br><br>v.<br><br>The United States,<br><br>Defendant. | No. 05- 547C |

**NOTICE OF DIRECTLY RELATED CASE**

COMES NOW the Plaintiff, Government Telecommunications, Inc. (GTI), by counsel, and hereby discloses to the Court the existence of a "Directly Related Case" as that term is defined in RCFC 40.2.

*Identification of Directly Related Cases*

This action is directly related to Civil Action Nos. 05-463C and 05-491C, which were filed by GTI on April 11 and 22, 2005, respectively. Both directly related cases are captioned "Government Telecommunications, Inc. v. The United States," and both have been assigned to Senior Judge Loren A. Smith.

*Relationship of the Two Actions*

The instant case and the directly related cases all involve the same parties and the same contract. As such, both tests as set forth in RCFC 40.2(a)(1) are met in determining whether two actions are deemed "directly related."

*Request for Consolidation*

Plaintiff believes that in the dual interests of judicial economy and the promotion of an efficient determination of the actions, that the instant case be assigned to Senior Judge Smith and that it be consolidated with the earlier-filed directly related actions identified above. In that regard, Plaintiff states further that while the instant case and the directly related cases involve separate claims under the Contract Disputes Act, they embrace the same parties, the same contract, and, to a large extent, the same witnesses. It is manifest that consolidation of these cases is in the best interests of the Court, the parties, and respective counsel.

Dated: this 13th day of May 2005.

Respectfully submitted,

**Government Telecommunications, Inc.**

By Counsel:

John C. Person, Esquire
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 466-4434 – phone
(202) 466-4416 – fax
jcperson@perscrav.com

Attorneys for Plaintiff

Of Counsel:

Michael Krawitz, Esq.
General Counsel, Applied Digital