IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC., Plaintiff, | |
| v. | No. 05-547C (Senior Judge Smith) |
| THE UNITED STATES, Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of LAUREN S. MOORE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: June 2, 2005

s/Lauren S. Moore
LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-6288
Facsimile: (202) 514-8640

CERTIFICATE OF FILING

I hereby certify that on June 2, 2005. A copy of foregoing “NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

S/Lauren S. Moore