IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-547C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 45 calendar days, to and including August 26, 2005, within which to file its response to plaintiff's complaint in this case. Defendant's response currently is due to be filed on July 12, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion; he has stated that plaintiff does not oppose this motion.

The additional time is necessary because counsel for defendant has not yet received the agency's comments regarding plaintiff's complaint. We rely upon agency counsel to prepare a litigation report concerning the case, pursuant to 28 U.S.C. § 520, so that we may properly respond to actions filed against the United States. Counsel for defendant expects to receive the agency's litigation report within the next few weeks. Additionally, undersigned counsel for defendant will be out of the office from June 27 until July 11, 2005. Thus, the additional time is necessary within which to review the

litigation report, and prepare and file our response to plaintiff's complaint.

For the foregoing reason, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

S/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

JUNE 21, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 21st day of JUNE, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lauren S. Moore