# In the United States Court of Federal Claims

**05-547C**

**Filed: 6/21/05**

**GOVERNMENT TELECOMMUNICATIONS, INC.**

**v.**

**THE UNITED STATES**

**NOTICE**

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 6/21/05 , for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court